UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER KING,

    Plaintiff,

v.                                  CASE NO.: 6:19-cv-2106-Orl-40LRH

COMPASSIONATE HEALTH
AND MANAGED PAIN LLC,

    Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW the Defendant, COMPASSIONATE HEALTH AND MANAGED PAIN LLC, by and through its undersigned counsel, and answers the Complaint filed herein, and states as to each correspondingly numbered paragraph as follows:

### JURISDICTION AND VENUE

1.     Denied.

2.     Denied.

3.     Admitted.

### PARTIES

4.     Without knowledge and, therefore, denied.

1

5. Admitted.

## GENERAL ALLEGATIONS

6. Denied.

7. Without knowledge and, therefore, denied.

8. Admitted.

9. Denied.

10. Admitted.

11. Admitted.

12. Denied.

13. Denied.

14. Denied.

## FACTS

15. Admitted.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

## **COUNT I – FLSA OVERTIME VIOLATION**

21. Defendant incorporates and readopts its answers to the allegations contained in paragraphs 1 through 20 above as though fully set forth herein.

22. Denied.

23. Denied.

24. Denied.

WHEREFORE, the Defendant, COMPASSIONATE HEALTH AND MANAGED PAIN LLC, demands Judgment denying Plaintiff the relief sought herein, that Defendant go hence without day and that Defendant be awarded its attorney's fees and costs incurred to defend this action pursuant to 28 U.S.C. § 1927.

## **COUNT II – UNPAID WAGES UNDER FLORIDA COMMON LAW**

25. Defendant incorporates and readopts its answers to the allegations contained in paragraphs 1 through 20 above as though fully set forth herein.

26. Admitted.

27. Denied.

28. Denied.

WHEREFORE, the Defendant, COMPASSIONATE HEALTH AND MANAGED PAIN LLC, demands Judgment denying Plaintiff the relief sought

herein, that Defendant go hence without day and that Defendant be awarded its attorney's fees and costs incurred to defend this action pursuant to 28 U.S.C. § 1927 and § 448.08, Fla. Stat.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff's claims for overtime compensation and liquidated damages are barred in whole or in part by the applicable statute of limitations, 29 U.S.C. § 255.

2. Plaintiff's claims for overtime compensation and liquidated damages are barred because Plaintiff did not engage in commerce or in the production of goods for commerce as defined by the Fair Labor Standards Act.

3. Plaintiff's claims for overtime compensation and liquidated damages are barred because, at all times material hereto, Defendant's gross volume of business was less than $500,000.

4. Without admission of liability or wrongdoing, Defendant states that its actions were taken in good faith and that it had reasonable grounds for believing such actions were not a violation of the Fair Labor Standards Act. Pursuant to 29 U.S.C. § 260, Defendant accordingly requests that the Court, in the exercise of its sound discretion, not award liquidated damages to Plaintiff.

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of December, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Anthony M. Knight, Esquire (aknight@wfclaw.com) and Luis A. Cabassa, Esquire (lcabassa@wfclaw.com) via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              JARETT A. dePAULA, P.A.

                                              /s/ Jarett A. dePaula
                                              JARETT A. dePAULA, ESQUIRE
                                              Florida Bar Number 0050316
                                              595 W. Granada Boulevard, Ste. L
                                              Ormond Beach, Florida 32174
                                              Telephone: 386-676-5678
                                              Facsimile: 386-256-4843
                                              E-mail: jdepaula@depaulalaw.com
                                              Lead Trial Attorney for Defendant