## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JENNIFER KING,

        Plaintiff,

v.                                                                  Case No:   6:19-cv-2106-Orl-40LRH

COMPASSIONATE HEALTH AND
MANAGED PAIN LLC,

        Defendant.

---

## ORDER TO SHOW CAUSE

The parties were required to file their Report Regarding Settlement on March 19, 2020. (Doc. 18 at 2).  The parties have not filed that report, and the time to do so has passed.  The parties will therefore be required to show cause why they and/or their counsel should not be sanctioned for failing to comply with the Scheduling Order (Doc. 18).[1]

Accordingly, it is **ORDERED** that:

1. **On or before March 27, 2020**, the parties shall show cause in writing why they and/or their counsel should not be sanctioned for failing to timely file the Report Regarding Settlement.

2. **The failure to timely respond to this Order to Show Cause may result in the imposition of sanctions, including, but not limited to, monetary sanctions, against the parties and/or their counsel.**

---

[1] The Court recognizes that the Plaintiff's counsel is seeking leave to withdraw as counsel. (Doc. 24).  However, that motion has not been ruled on and, therefore, counsels' duty to comply with the Court's orders remains in full force and effect.

**DONE** and **ORDERED** in Orlando, Florida on March 20, 2020.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties