**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JENNIFER KING,**

    **Plaintiff,**

v.                                                  Case No:   6:19-cv-2106-Orl-40LRH

**COMPASSIONATE HEALTH AND**
**MANAGED PAIN LLC,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF JENNIFER KING (Doc. 24)**
>
> **FILED:**     **March 13, 2020**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

The Plaintiff's sole attorneys, Luis A. Cabassa and Anthony M. Knight (collectively, "Counsel"), filed a motion seeking leave to withdraw as counsel because "[c]ontinued representation of the Plaintiff in the present proceeding will result in an unreasonable financial burden on [Counsel.]" (Doc. 24 at ¶ 3 ("Motion")). In addition to seeking withdrawal, Counsel request that the Plaintiff be given sixty (60) days in which to retain substitute counsel. (*Id*. at ¶ 4). Counsel state that they gave the Plaintiff and opposing counsel ten (10) days' notice of their intent to withdraw in accordance with Local Rule 2.03(b) and neither oppose Counsels' withdrawal. (*Id*. at

3). Further, Counsel certify pursuant to Local Rule 3.01(g) that they conferred with opposing counsel, who does not oppose Counsels' withdrawal. (*Id*.).

Upon consideration, Counsels' request to withdraw is well-taken. However, to the extent Counsel request that all deadlines be extended for sixty (60) days to allow the Plaintiff to retain substitute counsel, that request is denied. The Plaintiff is an individual and may proceed with this case *pro se* until she retains substitute counsel. Therefore, there is no need to provide a specific deadline for the Plaintiff to retain new counsel – she may do so at any point in time during the litigation. The Court will grant the parties a brief extension of time to conduct the case management conference and file the Case Management Report. The parties will be permitted to conduct the case management conference via telephone.

Accordingly, it is **ORDERED** that:

1. The Motion (Doc. 24) is **GRANTED** as follows:

    a. Attorneys Luis A. Cabassa and Anthony M. Knight are granted leave to withdraw as the Plaintiff's counsel.

    b. **Attorney Cabassa shall immediately, but no later than March 24, 2020,** send the Plaintiff a copy of this Order and the FLSA Scheduling Order (Doc. 18) via U.S. mail at her last known address.

    c. **On or before March 25, 2020,** Attorney Cabassa shall file a notice with the Court certifying that this Order and the FLSA Scheduling Order (Doc. 18) have been mailed to the Plaintiff and the date of mailing.

    d. The Plaintiff may retain substitute counsel at any time, but, other than the extension of time to file the Case Management Report, the Court will not delay the progress of

this case for her to do so. The Plaintiff shall proceed *pro se* until such time she retains substitute counsel.

e. Until the Plaintiff retains substitute counsel, all future filings and papers in this case shall be served on her at the following address:

> 45 Forest Hills Drive
> Palm Coast, FL 32137

f. As a *pro se* litigant, the Plaintiff is subject to the same laws and rules of court as litigants who are represented by counsel, including the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of the United States District Court for the Middle District of Florida (the Local Rules).[1]  *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989).

g. The Plaintiff shall keep the Court and opposing counsel apprised of her current residential mailing address. If the Plaintiff's address changes, for any reason, she shall <u>immediately</u> provide the Clerk, the Court, and opposing counsel with written notice of her new residential mailing address where she may be served with process, pleadings, motions, responses, or other papers in this case. **The failure to provide such notice may result in dismissal of this case**.

2. The Motion (Doc. 24) is **DENIED** in all other respects.

---

[1] All filings with the Court must be made in accordance with the Federal Rules of Civil Procedure and the Local Rules. The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and a copy may be obtained by visiting the Clerk's office. The Federal Rules of Civil Procedure are generally available for review at public libraries throughout the country and in the law libraries of state and federal courthouses.

- 4 -

3. The parties shall file the case management report **on or before April 13, 2020**. **All other aspects of the FLSA Scheduling Order (Doc. 18) remain in full force and effect**.

4. The parties may conduct the case management conference telephonically.

**DONE** and **ORDERED** in Orlando, Florida on March 23, 2020.

*[Signature]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties